**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **YOHANIA MONIQUE MARTIN,**<br>　　　　Plaintiff**,**<br>　　vs.<br>**U.S. STATES DEPARTMENT,**<br>　　　　Defendant**.** | CASE NO. 18-cv-04058-YGR<br><br>**ORDER STRIKING COMPLAINT OF VEXATIOUS LITIGANT FILED IN VIOLATION OF COURT ORDER AND DISMISSING ACTION**<br><br>Re: Dkt. No. 1 |

　　　　The Court has received plaintiff's complaint filed on July 6, 2018.[1] (Dkt. No. 1.) The Court hereby **STRIKES** the Complaint as it was filed in violation of the court's order in *Yohania Martin v. Redwood City Dental Care*, No. 15-cv-03151-JST (N.D. Cal. December 29, 2015) ("*Yohania*") declaring plaintiff a vexatious litigant and ordering that plaintiff obtain leave of court before filing any new action.

　　　　As noted in *Yohania*, to obtain leave of court, Martin must seek leave in writing to file a new action and must include with her request (i) a copy of the complaint she proposes to file, and (ii) the following statement in capital letters on the first page of the request: "THIS PLEADING IS SUBJECT TO AN ORDER REQUIRING LEAVE OF COURT TO FILE A NEW ACTION. PURSUANT TO THE ORDER OF THIS COURT IN CASE NUMBER 15-CV-03151-JST, THE DUTY JUDGE MUST DETERMINE WHETHER THIS SUBMISSION IS INTELLIGIBLE AND NON-FRIVOLOUS BEFORE IT CAN BE FILED." (*Yohania*, Dkt. No. 18.) Plaintiff did not seek leave of the court to file the instant action.

\\

---

[1] The Court notes that plaintiff's complaint was improperly recorded as a prisoner civil rights case due to plaintiff's selection of "mandamus" on the civil cover sheet. Plaintiff does not appear to be a prisoner. Therefore, the Court also **STRIKES** Docket Numbers 2 and 3.

The Clerk shall **STRIKE** Docket Number 1 from the record. This action is **DISMISSED**. The Clerk shall terminate this case.

**IT IS SO ORDERED.**

Dated: July 13, 2018

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**